Jose de Jesus Rivera
Gerald Maltz
HARALSON, MILLER, PITT, FELDMAN
& McANALLY, P.C.
2800 N. Central Avenue, Suite 840
Phoenix, AZ 85004-1069
Telephone: (602) 266-5557
Facsimile: (602) 266-2223
jrivera@hmpmlaw.com
gmaltz@hmpmlaw.com

Matthew K. Edling
COTCHETT, PITRE, & McCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
medling@cpmlegal.com

George Donaldson
LAW OFFICES OF GEORGE DONALDSON
2298 Durant Avenue
Berkeley, CA 94704
Telephone: (510) 548-7474
Facsimile: (510) 548-7488
info@logdlaw.com

*Counsel for Plaintiff Jill B. Carter,
individually on behalf of Jill B. Carter IRA*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

**PHOENIX DIVISION**

| | |
|---|---|
| JILL B. CARTER, et al.,<br><br>              Plaintiffs,<br><br>   v.<br><br>COLE HOLDINGS CORPORATION, et al.,<br><br>              Defendants. | Case No.: CV-13-00629-PHX-ROS<br><br>**NOTICE OF DISMISSAL** |

1  Pursuant to Fed. R. Civ. P. 41(a), plaintiff Jill B. Carter hereby dismisses this
2  action with prejudice.

4  Dated: March 30, 2016

LAW OFFICES OF GEORGE DONALDSON

*/s/ George Donaldson*

GEORGE DONALDSON
2298 Durant Avenue
Berkeley, CA 94704
Telephone: (510) 548-7474
Facsimile: (510) 548-7488
info@logdlaw.com

HARALSON, MILLER, PITT, FELDMAN & McANALLY, P.C.
JOSE DE JESUS RIVERA
GERALD MALTZ
2800 N. Central Avenue, Suite 840
Phoenix, AZ 85004-1069
Telephone: (602) 266-5557
Facsimile: (602) 266-2223
jrivera@hmpmlaw.com
gmaltz@hmpmlaw.com

COTCHETT, PITRE, & McCARTHY, LLP
MATTHEW K. EDLING
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
medling@cpmlegal.com

*Counsel for Plaintiff Jill B. Carter,
individually on behalf of Jill B. Carter IRA*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| JOSE DE JESUS RIVERA<br>GERALD MALTZ<br>HARALSON, MILLER, PITT,<br>FELDMAN & McANALLY, P.C.<br>2800 N. Central Avenue, Suite 840<br>Phoenix, AZ 85004-1069<br>Telephone: (602) 266-5557<br>Facsimile: (602) 266-2223<br>jrivera@hmpmlaw.com<br>gmaltz@hmpmlaw.com<br><br>*Counsel for Plaintiff Jill B. Carter, individually on behalf of Jill B. Carter IRA* | DONALD W. BIVENS<br>SNELL & WILMER LLP<br>One Arizona Center<br>400 East Van Buren Street<br>Suite 1900<br>Phoenix, AZ 85004<br>Telephone: (602) 382-6000<br>Facsimile: (602) 382-6070<br>dbivens@swlaw.com<br><br>*Counsel for Defendants Cole Holdings Corporation, Cole REIT Advisors III LLC, and CREInvestments LLC* |
| MATTHEW K. EDLING<br>COTCHETT, PITRE, & McCARTHY, LLP<br>San Francisco Airport Office Center<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Telephone: (650) 697-6000<br>Facsimile: (650) 697-0577<br>medling@cpmlegal.com<br><br>*Counsel for Plaintiff Jill B. Carter, individually on behalf of Jill B. Carter IRA* | JOHN L. HARDIMAN<br>JONATHAN L. SHAPIRO<br>MIMI M.D. MARZIANI<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>hardimanj@sullcrom.com<br>shapirojl@sullcrom.com<br>marzianim@sullcrom.com<br><br>*Counsel for Defendants Cole Holdings Corporation, Cole REIT Advisors III LLC, and CREInvestments LLC* |
| WILLIAM J. MALEDON<br>OSBORN MALEDON, P.A.<br>2929 North Central Avenue, 21st Floor<br>Phoenix, AZ 85012<br>Telephone: (602) 640-9000<br>Facsimile: (602) 640-9050<br>wmaledon@omlaw.com<br><br>*Counsel for defendants Cole Real Estate Investments, Inc., Christopher H. Cole, Marc T. Nemer, Thomas A. Andruskevich, Scott P. Sealy, Sr., and Leonard W. Wood* | JOHN PHILLIP MACNAUGHTON<br>ROSS ALBERT<br>MORRIS MANNING & MARTIN LLP<br>1600 Atlanta Financial Ctr.<br>3343 Peachtree Rd. NE, Ste. 1600<br>Atlanta, GA 30326<br>Telephone: (404) 233-7000<br>Fax: (404) 365-9532<br>jpm@mmmlaw.com<br>raa@mmmlaw.com<br><br>*Counsel for Defendants Cole Holdings Corporation, Cole REIT Advisors III LLC, and CREInvestments LLC* |
| WILLIAM SAVITT<br>ANDREW J. CHEUNG<br>S. CHRISTOPHER SZCZERBAN<br>ADAM S. HOBSON | |

WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1329
Facsimile: (212) 403-2329
wdsavitt@wlrk.com
ajhcheung@wlrk.com
scszczerban@wlrk.com
ashobson@wlrk.com

*Counsel for defendants Cole Real Estate Investments, Inc., Christopher H. Cole, Marc T. Nemer, Thomas A. Andruskevich, Scott P. Sealy, Sr., and Leonard W. Wood*

　　　　　　　　　　　　　　　　　　　*/s/ George Donaldson*
　　　　　　　　　　　　　　　　　　　GEORGE DONALDSON